**ADVANCED MAGNETIC CLOSURES, INC., Plaintiff–Appellant,**

and

**David Jaroslawicz and Jaroslawicz & Jaros, LLC, Movants–Appellants,**

and

**Abelman, Frayne & Schwab, Movant–Appellant,**

v.

**ROME FASTENER CORPORATION, Rome Fastener Sales Corporation, Romag Fasteners, Inc., and Rings Wire, Inc., Defendants–Appellees.**

Nos. 2008–1539, 2008–1540, 2008–1541.

United States Court of Appeals, Federal Circuit.

Sept. 23, 2008.

Michael R. Koblenz, Mound Cotton Wollan & Greengrass, New York, NY, for Movant–Appellant.

David Jaroslawicz, Jaroslawicz & Jaros, LLC, New York, NY, for Plaintiff–Appellant.

Robert J. Tolchin, New York, NY, for Movants–Appellants.

Norman H. Zivin, Cooper & Dunham, LLP, New York, NY, for Defendants–Appellees.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).